**Edward WILLIAMS, Plaintiff–Appellant,**

v.

**CORRECTIONAL MEDICAL SERVICES, Defendant–Appellee.**

**No. 14–7307.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Edward Williams, Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Corr. Med. Servs.*, No. 1:14–cv–02412–JFM (D.Md. Aug. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*